950

No. 75-1264. INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL-CIO, LOCAL 790 v. ROBBINS & MYERS, INC., ET AL.; and

No. 75-1276. GUY v. ROBBINS & MYERS, INC. C. A. 6th Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 525 F. 2d 124.

No. 75-875. MCCLELLAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75-894. NATALE v. UNITED STATES; and

No. 75-1140. RUSSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 526 F. 2d 1160.

No. 75-962. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75-1006. BIDDY v. DIAMOND, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75-1108. BORDEAUX v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75-1115. DEPAOLA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75-1155. BUCHANON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75-1172. FIDELITY & DEPOSIT COMPANY OF MARYLAND v. USAFORM HAIL POOL, INC., ET AL. C. A. 5th Cir. Certiorari denied.